## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 11CV465     Assigned/Issued By: JN

Judge Name: KENNELLY     Designated Magistrate Judge: COLE

---

**FEE INFORMATION**

*Amount Due:*   ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350     Receipt #: 4624053748

Date Payment Rec'd: 1/20/11     Fiscal Clerk: JN

---

**ISSUANCES**

☑ Summons     ☐ Alias Summons

☐ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets     ☐ Other

☐ Writ _____
*(Type of Writ)*

*(Type of issuance)*

1 Original and 1 copies on 1-20-11 as to ATTORNEY GENERAL
*(Date)*