### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 11cv465                     Assigned/Issued By: jn

Judge Name:                              Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

☐ Writ _____              ☐ Other
    *(Type of Writ)*                   _____
                                       *(Type of issuance)*

1 Original and 1 copies on 3-18-11 as to U.S. ATTORNEY'S OFFICE
                          *(Date)*

_____

_____