# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

Acute Care Specialists II, Ltd.
Gregory W. Jackson and Nora A. Jackson
Alan W. Kaplan and Marcia Kaplan
Anthony C. Raccuglia and Judith A. Raccuglia
Joseph Shanahan and Joann Shanahan

**SUMMONS IN A CIVIL CASE**

V.

United States of America

11CV465
JUDGE KENNELLY
MAG. JUDGE COLE

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Office of the Attorney General of the United States
Department of Justice
Tenth and Constitution Ave., N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Redding
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, TX 77018

an answer to the complaint which is herewith served upon you, _____Sixty (60)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_J. Nunez_                                          1-20-11
(By) DEPUTY CLERK                                   DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 3/14/2011 |
| NAME OF SERVER *(PRINT)* Sallie W. Gladney | TITLE Attorney | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
   by certified mail, return receipt requested, as provided by Rule 4(i) of the Federal Rules of Civil Procedure.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____4/8/2011_____   *Signature of Server*
                Date

2914 West T.C. Jester Blvd.; Houston, TX 77018
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.